UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Voltage Holdings, LLC, *et al.*<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>AT&T Inc.<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-01966-M<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Voltage Holdings, LLC; Voltage Pictures, LLC; After Productions, LLC; After II Movie, LLC; After We Fell Productions, LTD; Venice PI, LLC; Bedeviled LLC; Colossal Movie Productions, LLC; Dallas Buyers Club, LLC; YAR Productions Inc.; Wonder One, LLC; REP PRODUCTIONS 12 LTD; Fun Mom Dinner, LLC; Chase Film Nevada LLC; H Films, Inc.; Ammo Entertainment, LLC; SF Film, LLC; MON, LLC; Goldenrod Holdings, LLC; and Rep Productions Scandi Ltd. and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant AT&T Inc..

Date: September 16, 2022

　　　　　　　　　　　　　　　　　　/s/ Gregory Dovel
　　　　　　　　　　　　　　　　　　*Signature of plaintiffs or plaintiff's counsel*

　　　　　　　　　　　　　　　　　　201 Santa Monica Blvd., Ste. 600
　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　Santa Monica, California, 90401
　　　　　　　　　　　　　　　　　　*City, State, & Zip Code*

　　　　　　　　　　　　　　　　　　(310) 656-7066
　　　　　　　　　　　　　　　　　　*Telephone Number*